**Order entered October 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00247-CR

### CARSTEN HEDEMANN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1434917-R**

## ORDER

We reinstate this appeal. Appellant's October 1, 2019 First Motion for Continuance of Evidentiary Hearing is **GRANTED**. Accordingly the scheduling for this remanded proceeding is revised as follows:

We abate this appeal and **ORDER** the trial court (1) to conduct an evidentiary hearing on appellant's motion for new trial at the court's earliest convenience after November 7, 2019, (2) to make written findings explaining its ruling on that motion, and (3) to arrange for its ruling and findings to be included in a supplemental clerk's record filed within two weeks of the date of the hearing.

We **ORDER** a reporter's record from the hearing on the motion for new trial to be filed within two weeks of the date of the hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Gary Stephens, Judge of Dallas County's Auxiliary Court No. 8, and to the parties.

The appeal will be reinstated two weeks after the date of the hearing or when the supplemental clerk's record and reporter's record are filed, whichever occurs sooner.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE